UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:11-cr-00094-LRH-VPC |
| Plaintiff, ) | |
| ) | <u>ORDER</u> |
| vs. ) | |
| ) | |
| ALBERT THOMAS WENDFELDT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Court Reporter Donna Davidson is requested to prepare and file transcripts of the following:

The testimony of expert witness Marc Picker at Defendant's Evidentiary Hearing on October, 27, 2014.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 27th day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE