UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ALBERT THOMAS WENDFELDT,<br><br>   Defendant. | 3:11-CR-00094-LRH-VPC<br><br>ORDER |

   On November 7, 2014, this Court granted Albert Thomas Wendfeldt's ("Wendfeldt") Petition to Vacate, Set Aside or Correct his Sentence under 18 U.S.C. § 2255. Doc. #50.[1] On November 20, 2014, the Court entered an Order releasing Wendfeldt on personal recognizance bond with a number of conditions recommended by the Pretrial Services Office. Doc. #55; Doc. #57. On January 5, 2015, the United States filed a Notice of Appeal. Doc. #59. On May 5, 2015, the Ninth Circuit Court of Appeals granted the United States' Motion for Voluntary Dismissal of Appeal (Doc. #65), and the Court entered its Mandate on May 11, 2015 (Doc. #66).

   On June 26, 2015, Wendfeldt filed a Motion to Dismiss Indictment, Motion to Release Wendfeldt from Amended Appearance Bond, and Motion for Return of Property. Doc. #67. In its Response, the United States stated that it did not oppose Wendfeldt's Motions. Doc. #68. Based

---

[1] Refers to the Court's docket number.

on the Court's prior Orders, and the United States' voluntary dismissal of appeal, the Court finds it appropriate to grant Wendfeldt's Motion in its entirety.

IT IS THEREFORE ORDERED that Wendfeldt's Motion to Dismiss Indictment, Motion to Release Wendfeldt from Appearance Bond, and Motion for Return of Property (Doc. #67) is GRANTED in its entirety.

IT IS FURTHER ORDERED that Wendfeldt's Motion for Submission of Motion to Dismiss Indictment, Motion to Release Defendant from the Amended Appearance Bond, and Motion for Return of Property (Doc. #69) is GRANTED.

IT IS SO ORDERED.

DATED this 21st day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE